**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 01-7033**

---

JAMES M. DEBARDELEBEN,

Petitioner - Appellant,

versus

MICHAEL V. PUGH, Warden,

Respondent - Appellee.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. James C. Cacheris, Senior District Judge. (CA-01-396-AM)

---

Submitted: January 17, 2002          Decided: January 28, 2002

---

Before WILKINS and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

---

Dismissed by unpublished per curiam opinion.

---

James M. Debardeleben, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

James M. Debardeleben seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny Debardeleben's motion to transfer his motion for a certificate of appealability back to the district court, deny his motion to proceed in forma pauperis, deny his motion for a certificate of appealability, and dismiss the appeal on the reasoning of the district court. See Debardeleben v. Pugh, No. CA-01-396-AM (E.D. Va. filed June 12, 2001; entered June 13, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED